UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

OSCAR VIRGILIO DE LEON ARIETA                                                    PETITIONER

V.                                                          CIVIL ACTION NO. 3:24-CV-646-DPJ-ASH

UNITED STAE OF AMERICA AND
WARDEN UNKNOWN CHILDRESS                                                      RESPONDENTS

ORDER

Petitioner Oscar Virgilio De Leon Arieta filed this habeas petition under 28 U.S.C. § 2241 challenging the Bureau of Prison's denial of jail-time credits under the First Step Act. On October 22, 2025, United States Magistrate Judge Andrew S. Harris entered a Report and Recommendation [10], recommending dismissal of the petition.

First, Judge Harris found that the Court lacks jurisdiction to intervene in the removal proceedings. R&R [10] at 2 (citing 8 U.S.C. § 1252(a)(5)). Second, Judge Harris concluded that Petitioner failed to exhaust his administrative remedies through the Bureau of Prisons as to applicability of the First Step Act. *Id.* at 3–4. Petitioner did not file an objection, and the time to do so has passed. *See id.* at 5 (advising Petitioner that he had 14 days to file an objection).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note (1983), quoted in *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), superseded on other grounds by 28 U.S.C. § 636(b)(1) as noted in *Alexander v. Verizon Wireless Servs., L.L.C.*, 875 F.3d 243, 248 (5th Cir. 2017). Finding no clear error, the Court accepts the well-reasoned recommendation of Judge Harris.

IT IS ORDERED that the Report and Recommendation [10] of United States Magistrate Judge Andrew S. Harris is adopted as the finding and holding of this Court. The petition is

dismissed for lack of jurisdiction as to the attack on the removal order and dismissed for failure to exhaust as to the sentencing-credit issue.

A separate judgment will be entered as required by Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 14th day of November, 2025.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE